In the Matter of the Petition of JOSEPH M. KLEIN for the Dissolution of DENS Co., INC., a Domestic Corporation. WILLIAM R. KLEIN, Appellant; JOSEPH M. KLEIN, Respondent.— Motion to dismiss appeal granted, with ten dollars costs,

and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.